# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 18, 2005

127383-84

JAMES SCHENDEN and CAROLYN
SCHENDEN,
   Plaintiffs-Appellees,

v

ADDISON TOWNSHIP and ADDISON
TOWNSHIP ZONING BOARD OF APPEALS,
   Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127383-84
COA: 244389, 245805
Oakland CC: 01-028622-AA

_____/

  On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered, and the application is DISMISSED with prejudice and without costs.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2005

_____
Clerk

t1114